RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 01/10/08

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION**

| | |
|---|---|
| **TONY POLLARD** | **CIVIL ACTION NO. 06-1493** |
| **VERSUS** | **JUDGE MELANÇON** |
| **WARDEN LSP** | **MAGISTRATE JUDGE HILL** |

### CERTIFICATE AS TO APPEALABILITY

A notice of appeal having been filed in the above captioned habeas corpus case in which the detention complained of arises out of process issued by a state court, this Court, considering the record in this case and the requirements of Federal Rule of Appellate Procedure 22(b), hereby finds that a certificate of appealability should not issue for the following reasons:

Adopting the analysis contained in the Report and Recommendation of Magistrate Judge Hill entered on November 9, 2007 [Rec. Doc. 11] and entered as a final judgment on December 4, 2007 [Rec. Doc. 12], this Court finds that there is no basis in law or fact as demonstrated by this record that petitioner is entitled to the relief he seeks.

**THUS DONE AND SIGNED** this 10th day of January, 2008 at Lafayette, Louisiana.

_____
Tucker L. Melançon
United States District Judge